SHELDON REALTY CORP. *vs.* BOARD OF APPEALS OF WRENTHAM (and a companion case). February 1, 1980. Both the decisions of the board were correct for the reason (if no other) that neither of the plaintiff's lots has the required one hundred twenty five-foot width measured along its front lot line or along the thirty-foot building front yard set-back line established by § 4-2 of the zoning by-law.

*Judgments affirmed.*

*Laurence W. Sullivan* for the plaintiff.
*Richard A. Gould* for the defendants.